[No. 16264-4-II. Division Two. August 12, 1994.]

*In the Matter of the Detention of* ROBBIE PUGH.

MARK SOELLING, PH.D., ET AL, *Appellants*, v. ROBBIE PUGH, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 6-23435, James M. Marshall, J. Pro Tem., entered May 27, 1992. *Dismissed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 16055-2-II. Division Two. August 12, 1994.]

GENEVIEVE D. OSTLUND, ET AL, *Respondents,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-03777-2, John N. Skimas, J., entered April 17, 1992. *Reversed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Houghton, JJ.

[No. 15944-9-II. Division Two. August 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY ALLEN FIELDS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00045-8, Thomas L. Lodge, J., entered April 1, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Houghton, JJ.

[No. 33005-5-I. Division One. August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. R.A., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-1-06555-6, Patricia H. Aitken, J., entered June

4, 1993. *Affirmed* by unpublished opinion per Becker, J. concurred in by Webster, C.J., and Coleman, J.

[No. 33644-4-I.   Division One.   August 15, 1994.]

*In the Matter of the Marriage of* JAMES F. BROWN, *Appellant, and* NADINE M. BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-01705-2, Dale B. Ramerman, J., entered October 22, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 29385-1-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN JAMES TARVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-06080-9, Arthur E. Piehler, J., entered November 6, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.

[No. 32060-2-I.   Division One.   August 15, 1994.]

*In the Matter of the Marriage of* LIBBY I. ROBBINS, *Respondent, and* DANIEL M. ROBBINS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-3-00656-7, Michael F. Moynihan, J. entered December 28, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Scholfield and Becker, JJ.